June 01, 2007

Ms. Megan Robbins Santee
Housing Authority of the City of Abilene
P.O. Box 60
Abilene, TX 79604-0060
Mr. Donald M. Hunt
Mullin Hoard & Brown, L.L.P.
P. O. Box 2585
Lubbock, TX 79408-2585

RE: Case Number: 05-0631
 Court of Appeals Number: 11-02-00268-CV
 Trial Court Number: 22,513-B

Style: ABILENE HOUSING AUTHORITY
 v.
 GENE DUKE BUILDERS, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Patricia |
| |Henderson |
| |Ms. Sherry |
| |Williamson |